135



# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6519 (phone)
702-388-5087 (fax)
david.kiebler@usdoj.gov
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| v. | 2:23-cr-0135-APG-NCF |
| DESJON ANTIONE LANG BURKE, | **VIOLATIONS:** |
| Defendant. | 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing and Manufacturing Firearms Without a License |
| | 18 U.S.C. § 933(a)(1) and (b) – Trafficking in Firearms |
| | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance |
| | 21 U.S.C. §§ 841(a)(1) and (b)(1)(b) – Distribution of a Controlled Substance |

FILED / ENTERED     RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 - 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

On or about May 26, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, to wit, a Rock Island 1911 pistol, serial number RIA1446266, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
*Trafficking in Firearms*
(18 U.S.C. § 933(a)(1) and (b))

On or about May 26, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, did ship, transport, cause to be transported, or otherwise dispose of a firearm, to wit, a Rock Island 1911 pistol, serial number RIA1446266, to another person in or otherwise affecting interstate or foreign commerce, with knowledge or reasonable cause to believe that the use, carrying, or possession of the firearm, to wit a Rock Island 1911 pistol, serial number RIA1446266, by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT THREE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

On or about May 30, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, to wit, a American Tactical AR-variant pistol, serial number NS279353, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FOUR
*Trafficking in Firearms*
(18 U.S.C. § 933(a)(1) and (b))

On or about May 30, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, did ship, transport, cause to be transported, or otherwise dispose of a firearm, to wit, a American Tactical AR-variant pistol, serial number NS279353, to another person in or otherwise affecting interstate or foreign commerce, with knowledge or reasonable cause to believe that the use, carrying, or possession of the firearm, a American Tactical AR-variant pistol, serial number NS279353, by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT FIVE
*Distribution of a Controlled Substance*
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about May 30, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

On or about June 12, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, to wit, a black and brown privately manufactured 9-millimeter pistol, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT SEVEN
*Distribution of a Controlled Substance*
(21 U.S.C. §§ 841(a)(1) and (b)(1)(b))

On or about June 12, 2023, in the State and Federal District of Nevada,

**DESJON ANTIONE LANG BURKE,**

defendant herein, did knowingly and intentionally distribute 40 grams or more of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b).

DATED: this 1ST day of August 2023.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

DAVID KIEBLER
Assistant United States Attorney