RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Desjon Burke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DESJON BURKE,<br><br>        Defendant. | Case No. 2:23-cr-00135-APG-MDC<br><br>**UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE** |

Desjon Burke, through his attorney of record, Keisha K. Matthews, Assistant Federal Public Defender, files this Unopposed Motion to Amend Conditions of Pretrial Release under 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2). This request is based upon the following Memorandum of Points and Authorities.

DATED this 25th day of July 2024.

                                                RENE L. VALLADARES
                                                Federal Public Defender

                              By:  */s/ Keisha K. Matthews*
                                                KEISHA K. MATTHEWS
                                                Assistant Federal Public Defender
                                                Attorney for Desjon Burke

**MEMORANDUM OF POINTS AND AUTHORITIES**

On August 1, 2023, Mr. Burke was charged by way of Indictment with engaging in the business of dealing and manufacturing firearms without a license in violation of 18 U.S.C. § 922(a), 923(a), and 924(a)(1)(D), trafficking in firearms in violation 18 U.S.C. § 933(a)(1) and (b), distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(b). ECF No. 3. Mr. Burke was arrested on January 26, 2024, in the Central District of California ("California court"). *United States v. Burke,* Case No. 8:24-mj-00035-Duty-1 (C.D. 2024), ECF No. 1. That same day, Mr. Burke appeared on the Indictment in the California court and had a detention hearing. *Burke*, ECF No. 5. The Magistrate Judge in the California court released Mr. Burke with conditions. Exhibit A (Burke Bond Conditions).

On February 9, 2024, Mr. Burke appeared in front of this Court for his initial appearance, arraignment and plea. ECF No. 9. Mr. Burke was continued on release, with this Court adopting the pre-trial release conditions imposed by the California court. *Id.*

Mr. Burke now seeks to amend one of his special conditions of release. As set forth in 18 U.S.C. § 3142(c)(3), "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." Because the release order in this case was "by a person other than a judge having original jurisdiction over the offense," Mr. Burke may file a motion for amendment of the conditions of release in this Court. *See* 18 U.S.C. § 3145(a)(2).

Mr. Burke seeks to amend special condition No. 3. It states, "[c]lear outstanding DMV and traffic violations and provide proof to Supervising Agency within 180 days of release from custody." Exhibit A.

Mr. Burke seeks to extend his timeline for completion of this condition by 90 days. Mr. Burke just started a new job and needs additional time to get back on solid footing financially.

Undersigned counsel spoke with pretrial services officer (PTO), Emily McKillip in Las Vegas who is assigned to Mr. Burke's case. PTO McKillip is unopposed to this request to extend his timeline for completion. The Undersigned counsel also spoke with the assigned Assistant United States Attorney, David Kiebler and Mr. Kiebler is unopposed to this request as well. The parties, including PTO McKillip recommend this Court grant Mr. Burke a 90-day extension to comply with pretrial release condition No. 3.

Mr. Burke respectfully requests this Court grant his motion and amend condition No. 3 by extending the completion deadline by 90 days.

DATED this 25th day of July 2024.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Keisha K. Matthews*
KEISHA K. MATTHEWS
Assistant Federal Public Defender
Attorney for Desjon Burke

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7/29/24

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 25, 2024, she served an electronic copy of the above and foregoing **MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

JASON FRIERSON
United States Attorney
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                                                          */s/ Cecilia Valencia*
                                          Employee of the Federal Public Defender