RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Desjon Antione Lang Burke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00135-APG-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| DESJON ANTIONE LANG BURKE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Desjon Antione Lang Burke, that the Sentencing Hearing currently scheduled on June 10, 2025, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to prepare for sentencing.
2. The defendant is out of custody and does not object to the continuance.
3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 19th day of May 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ David C. Kiebler*<br>By_____<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DESJON ANTIONE LANG BURKE,<br><br>  Defendant. | Case No. 2:23-cr-00135-APG-MDC<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, June 10, 2025, at 10:00 a.m., be vacated and continued to September 30, 2025 at the hour of 10:00 a.m. in LV Courtroom 6C.

DATED this 20th day of May 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3