RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Desjon Antione Lang Burke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00135-APG-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| DESJON ANTIONE LANG BURKE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Desjon Antione Lang Burke, that the Sentencing Hearing currently scheduled on September 30, 2025, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to prepare for sentencing.
2. The defendant is out of custody and does not object to the continuance.
3. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 5th day of September 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Kimberly Frayn*<br>By_____<br>Kimberly Frayn<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESJON ANTIONE LANG BURKE,<br><br>Defendant. | Case No. 2:23-cr-00135-APG-MDC<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, September 30, 2025, at 10:00 a.m., be vacated and continued to November 20, 2025, at the hour of 10:00 a.m. in LV Courtroom 6C.

DATED this 8th day of September 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE