RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Desjon Antione Lang Burke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DESJON ANTIONE LANG BURKE,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00135-APG-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Desjon Antione Lang Burke, that the Sentencing Hearing currently scheduled on January 20, 2026, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for sentencing and engage in negotiations regarding a proposed global resolution of an unindicted federal case.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the fifth stipulation to continue filed herein.

DATED this 6th day of January 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>Kimberly Frayn<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00135-APG-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| DESJON ANTIONE LANG BURKE, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for January 20, 2026, at 10:00 a.m., be vacated and continued to April 30, 2026 at the hour of 10:00 a.m. in LV Courtroom 6C.

DATED this 7th day of January 2026.

_____
CHIEF UNITED STATES DISTRICT JUDGE