**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DESJON ANTIONE LANG BURKE,<br><br>　　　　Defendant. | Case No. 2:23-cr-00135-APG-MDC<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for April 30, 2026, at 10:00 a.m., be vacated and continued to July 28, 2026 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 8th day of April 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3